UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO.   11-cr-00194 |
| v. | ) | |
| | ) | |
| [1] JESSIE LEE ALLEN, a.k.a. "Jeezy," | ) | |
| [2] JAMES BEAN, a.k.a. "Little Mighty," | ) | |
| [3] JEFFERYJERMAINE BENSON, | ) | |
| a.k.a. "Black," | ) | |
| [4] BRAD ELIOT BENEDICT, a.k.a. "Kinfolk," | ) | |
| [5] MARCUS ANTWAN CAREY, a.k.a. "Forty," | ) | |
| [6] RICKY FENN JR., a.k.a "Half Breed," | ) | |
| [7] CAMERON VINTEZ HASTINGS, | ) | |
| a.k.a. "Cat Dig," | ) | |
| [8] JERMAINE L. JACKSON, a.k.a. "Blue," | ) | |
| [9] CHARLES HOUSTON MOUNT Jr., | ) | |
| a.k.a. "C-Red," | ) | |
| [10] COREY DREGIS NEAL, a.k.a. "Big Real," | ) | |
| [11] RAYTHEON TYEAZE NEAL, | ) | |
| a.k.a "Raythy," | ) | |
| [12] CHRISTOPHER NICHOLSON, | ) | |
| a.k.a. "Chris Lopez," | ) | |
| [13] STERLING RENEVA RIVERS, | ) | |
| a.k.a. "Little Real," | ) | |
| [14] MONIQUE SMITH, a.k.a. "Money," | ) | |
| [15] ORLANDO STEVERSON, a.k.a. "C-Nut," | ) | |
| [16] KEVIN DWAYNE THOMPSON, | ) | |
| a.k.a. "Clump," | ) | |
| [17] MAURICE LAWSON THOMPSON, | ) | |
| a.k.a. "Reese." | ) | |

**ORDER**

This matter comes before the Court on the Government's Motion to Unseal Indictment.  It

is hereby ordered that the indictment in this case is hereby unsealed as to all defendants.

_John Bryant_
HONORABLE JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE

dated: _September 19, 2011_