UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:11-00194 |
| ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS ) | |

ORDER

Pending before the Court is a Grievance Petition For Relief From Seizures (Docket No. 475), filed by Defendant Rivers, pro se. The Defendant is represented by counsel. (Docket No. 451). On or before June 29, 2012, counsel for Defendant shall file a notice with the Court indicating whether she adopts or withdraws the Grievance Petition.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE