UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| JAMES BEAN | ) | |

ORDER

Pending before the Court is a Motion for Leave to File Under Seal (Docket No. 517). The Motion is GRANTED. The sentencing hearing set for July 30, 2012 is CANCELLED and will be reset by further Order.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE