UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| JERMAINE JACKSON | ) | |

## ORDER

Pending before the Court is Defendant Jermaine L. Jackson's Motion to Clarify Counsel's Availability for Re-Scheduled Status Conference (Docket No. 553).

In light of Order (Docket No. 551) cancelling the status conference, the Motion is moot.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE