UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| ORLANDO STEVERSON | ) | |

### ORDER

Pending before the Court is a Motion to Move Plea Hearing (Docket No. 558). The Motion is GRANTED.

The change of plea hearing scheduled for August 24, 2012, is RESCHEDULED for August 7, 2012, at 10:00 a.m. Any proposed plea agreement shall be submitted to the Court by August 6, 2012.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE