UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RIVERS | ) | |

## ORDER

Pending before the Court are the following Motions filed by Defendant Sterling Rivers pro se: Motion to Reopen Detention Hearing (Docket No. 568); Motion for Awareness of Corruption and Official Oppression (Docket No. 569); Motion to Suppress (Docket No. 570); and Motion for a Prompt Criminal Proceeding (Docket No. 571).

Defendant Rivers is represented by attorney Kathleen Morris. The above referenced pro se Motions are DENIED without prejudice to filing by counsel.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE