UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA )
)
v. ) NO. 3:11-00194
) JUDGE CAMPBELL
MONIQUE SMITH )


ORDER


Pending before the Court is Monique Smith's Renewed Motion to Dismiss (Docket No.

573) filed by Defendant pro se. Defendant Smith is represented by attorney Deanna Bell

Johnson. The above referenced pro se Motion is DENIED without prejudice to filing by counsel.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE