UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          NO. 3:11-00194
                                  )          JUDGE CAMPBELL
JESSIE LEE ALLEN                  )

## ORDER

The Court will consider Defendant's pro se letter (Docket No. 480) at the status conference

scheduled for September 10, 2012.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE