UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| BRAD ELIOT BENEDICT | ) | |

ORDER

Pending before the Court is a Motion To Set Hearing For Change Of Plea (Docket No. 594). The Motion is GRANTED.

The Court will hold a hearing on August 24, 2012, at 1:30 p.m.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE