**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

ORDER: Motion granted. The Arraignment is reset to September 4, 2012, at 10:30 a.m.

*E. Clifton Knowles*
U.S. Magistrate Judge

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No: 3:11-00194 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| ) | MAGISTRATE KNOWLES |
| **MONIQUE SMITH** ) | |

### MONIQUE SMITH'S MOTION TO CONTINUE ARRAIGNMENT HEARING ON THIRD SUPERSEDING INDICTMENT

Defendant, Monique Smith ("Smith"), respectfully requests that this Honorable Court continue the Arraignment Hearing currently scheduled for August 29, 2012. In support of this Motion, Smith states as follows:

1. Defense counsel will be out of town on August 29, 2012, on a trip for which airline tickets have already been purchased.

2. The Assistant United States Attorney assigned to this case, Braden Boucek, does not object to this continuance.

1