UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No. 3:11-000194-13 |
| | ) | Magistrate Judge Knowles |
| **STERLING RIVERS** | ) | |

**O R D E R**

The Arraignment for Defendant scheduled on August 29, 2012, at 11:30 a.m., is CANCELLED, pending further Order of the Court.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge