UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA          )
                                  )
v.                                )          No. 3:11-00194
                                  )          JUDGE CAMPBELL
MAURICE ROGER THOMPSON            )


ORDER

Pending before the Court is the Defendant's Motion To Appoint Additional Counsel (Docket No. 689). Through the Motion, the Defendant seeks additional counsel on the grounds that this case is extended and complex, and that counsel anticipates the birth of his first child at some point during the trial.

The Motion is DENIED. This case is not so complex as to require the appointment and payment of a second attorney. If counsel has a personal conflict, he should file a motion to withdraw.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE