UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| JESSIE LEE ALLEN, et al. | ) | |

ORDER

The Court rules on the following pending motions as set forth herein:

Defendant Kevin Thompson's Motion For Extension Of Time (Docket No. 699) and Defendant Jermaine L. Jackson's Motion For Extension Of Time To File Jury Instructions And Motions In Limine (Docket No. 700) are GRANTED as follows: All Defendants shall have until September 21, 2012 in which to file proposed jury instructions, verdict forms and motions in limine. Defendant Kevin Thompson shall have until September 20, 2012 in which to notify the Court of a change of plea and to submit any proposed plea agreement.

Defendant Jermaine L. Jackson's Motion To Adopt Specific Motions Filed By Co-Defendants (Docket No. 674). Through the Motion, the Defendant seeks to adopt Docket Nos. 656, 650, 652, and 654. The Motion is GRANTED.

Defendant Maurice Roger Thompson's Motion For Leave to Join And Adopt Certain Pretrial Pleadings (Docket No. 704). Through the Motion, the Defendant seeks to adopt Docket Nos. 652, 654, 655, 656, 667, 670, 672, 700, and 702. The Motion is GRANTED.

Defendant Monique Smith's Motion For Joinder Of Motion Filed By Jermaine Jackson Regarding Filing Deadline For Jury Instructions And Motions In Limine (Docket No. 701) is GRANTED.

Defendant Jermaine L. Jackson's Withdrawal Of Motion For Notice Of "Other Crimes,

Wrongs Or Acts" By Jermaine Jackson As To Jeffrey Jermaine Benson (Docket No. 675) is GRANTED. Accordingly, Docket No. 668 is WITHDRAWN, and no longer pending for decision.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE