UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| MONIQUE SMITH | ) | |

## ORDER

Pending before the Court is Monique Smith's Notice of Appeal of Magistrate Judge's Order Regarding Detention (Docket No. 690). The Government has filed a Response (Docket No. 691) in opposition to the Motion. The Appeal is DENIED.

By Order (Docket No. 213) entered by the Magistrate Judge on November 14, 2011, the Defendant was detained after a detention hearing. The Defendant appealed and the appeal was denied by Order (Docket No. 305) entered on February 10, 2012. Defendant then filed a Motion for Reconsideration of Detention Order and to Reopen Detention Hearing (Docket No. 514) on July 6, 2012 which was denied by the Magistrate Judge by Order (Docket No. 646) entered on September 6, 2012.

The Court has made a de novo review of the Magistrate Judge's Order (Docket No. 646) entered on September 6, 2012. The Court finds that the Magistrate Judge's factual findings are supported and that the Magistrate Judge's legal conclusions are correct regarding the need for detention of the Defendant to reasonably assure the safety of the community. The Court further finds that the Defendant has not provided new information with a sufficient material bearing on the safety issue to warrant another detention hearing or the reversal of the Magistrate Judge's Order of Detention (Docket No. 646). 18 U.S.C. § 3142(f)(2).

IT IS SO ORDERED.

Todd Campbell
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE