UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| MAURICE ROGER THOMPSON | ) | |

ORDER

Pending before the Court is Defendant Maurice Roger Thompson's Motion To Sever Defendant (Docket No. 709). Through the Motion, the Defendant seeks severance from *all* Defendants for trial. The Motion is DENIED for the reasons stated in the Court's Order at Docket No. 715.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE