UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| JESSIE LEE ALLEN | ) | |

## ORDER

Defendant Allen has filed a Notice Of Intent To Enter A Plea Of Guilty (Docket No. 800). The Court will hold a change of plea hearing for Defendant Allen on September 28, 2012, at 9:00 a.m. Any plea agreement shall be provided to the Court in advance of the hearing.

All pending motions filed by Defendant Allen are DENIED, as moot. Any Defendant who joined in those motions will need to file their own motions.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE