UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| JESSIE LEE ALLEN, et al. | ) | |

## ORDER

In light of the guilty plea by Defendant Allen, the Court concludes that the number of peremptory challenges and alternate jurors should be reduced. Accordingly, the Defendants shall have 10 peremptory challenges to be exercised jointly regarding the jury of 12, and the Government shall have 6 challenges regarding the jury of 12. Fed. R. Crim. P. 24. The Court will select 2 alternate jurors, and the Defendants shall have 1 peremptory challenge to be exercised jointly as to the alternates, and that the Government shall have 1 peremptory challenge as to the alternates.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE