UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| JEFFERY JERMAINE BENSON | ) | |

ORDER

Pending before the Court is a Motion for New Counsel (Docket No. 833) filed by Defendant Jeffery Benson, pro se. The Court will hold a hearing on the Motion on October 31, 2012, at 10:00 a.m.

It is so ORDERED.

*[signature: Todd Campbell]*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE