UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| JESSIE ALLEN, et al. | ) | |

ORDER

Pending before the Court is an Affidavit (Docket No. 834) filed by Defendant Monique Smith, pro se. Defendant Smith is represented by counsel. Accordingly, the Court will not act upon any pro se filings.

It is so ORDERED.

                                                                  _____
                                                                  TODD J. CAMPBELL
                                                                  UNITED STATES DISTRICT JUDGE