UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| MONIQUE SMITH | ) | |

<u>ORDER</u>

In light of the guilty pleas by Defendants Allen and Jackson, the Court concludes that the number of peremptory challenges and alternate jurors should be as follows regarding the trial of Defendant Smith on October 9, 2012. Defendant Smith shall have 10 peremptory challenges regarding the jury of 12, and the Government shall have 6 challenges regarding the jury of 12. Fed. R. Crim. P. 24. The Court will select 2 alternate jurors, and Defendant Smith shall have 1 peremptory challenge as to the alternates, and the Government shall have 1 peremptory challenge as to the alternates.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE