UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| MONIQUE SMITH | ) | |

## ORDER

Pending before the Court is a Motion to Suppress Statement (Docket No. 737) and the Government's Response (Docket No. 799).

The Court held a hearing on the Motion on October 4, 2012. For the reasons stated from the bench, the Motion is DENIED.

IT IS SO ORDERED.

                                                                      TODD J. CAMPBELL
                                                                      UNITED STATES DISTRICT JUDGE