UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |

ORDER

Pending before the Court is the Defendant's Notice Of Filing Petition For A Fair Hearing To Avoid An Unfair Hearing (Docket No. 1194). Through the Motion, the Defendant requests a hearing to discuss his inability to access allegedly damaged discovery discs provided by the Government. The Motion is GRANTED. Accordingly, the Court will hold a hearing on April 12, 2013, at 1:00 p.m.

Prior to the hearing, standby counsel shall consult with counsel for the Government in an effort to resolve Defendant's discovery issues. Standby counsel shall notify the Court if a hearing becomes unnecessary.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE