UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |

ORDER

Pending before the Court is Defendant Rivers' Petition To Continue Suppression Hearing And For Leave to File Supplemented Pleading Thereafter (Docket No. 1214).

The Defendant's request to continue the April 12, 2013 hearing is DENIED, as moot. Through Order entered March 7, 2013 (Docket No. 1167), the Court continued the hearing to April 30, 2013, at 9:00 a.m.

The Defendant's request to file supplemental briefs in support of his suppression motions is GRANTED. Defendant shall file such supplemental briefs on or before April 26, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE