UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |

## ORDER

Pending before the Court are Defendant's Petition To Suppress (Docket No. 1157), Petition To Suppress With Incorporated Memorandum Of Law (Docket No. 1156), and Supplemented Pleading To Suppress 12-12-09 Evidence (Docket No. 1250). The Court held a hearing on the Petitions on April 30, 2013. For the reasons stated on the record, the Petitions are DENIED.

Also for the reasons stated on the record at the hearing on April 30, 2013, the Court DENIED the Defendant's oral motion objecting to the Court's jurisdiction; and GRANTED the Government's oral motion to quash the subpoena served on FBI Special Agent Brett Shields.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE