UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |

### ORDER

Pending before the Court is Defendant Marcus Carey's Motion To Quash (Docket No. 1279) a subpoena issued by Defendant Sterling Rivers to appear and testify at the hearing set for May 16, 2013. As the Court held in its Order (Docket No. 1275) issued on May 8, 2013, the hearing on May 16, 2013 is limited to evidence that Defendant Rivers' prosecution was motivated by a desire to protect a Putnam County Commissioner, and not by evidence of the Defendant's guilt of the crimes charged.

On or before May 14, 2013, the parties shall respond to Defendant Carey's Motion To Quash (Docket No. 1279). Defendant Rivers should state in his response what evidence Defendant Carey has to offer on the limited subject of the hearing.

Counsel for Defendant Carey shall be present at all hearings where Defendant Carey is expected to be called as a witness.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE