UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| JERMAINE JACKSON | ) | |

ORDER

Pending before the Court is a Motion to Reconsider Defendant Jermaine Jackson's Motion to Withdraw His Guilty Plea Prior to Sentencing (Docket No. 1324). The Court held a hearing on June 21, 2013. At the hearing, Defendant moved to withdraw the Motion to Reconsider, which the Court GRANTED.

The Court will hold a sentencing hearing on September 20, 2013, at 3:00 p.m. Any supplemental filings regarding sentencing shall be filed by September 16, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE