UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |

ORDER

Pending before the Court is a Motion To Continue And Reset Status Conference (Docket No. 1385), filed by standby counsel for the Defendant. Through the Motion, counsel requests that the Court reschedule the status conference, currently set for July 17, 2013, due to a scheduling conflict. The Motion indicates that the Government has no objection.

The Motion is GRANTED. Accordingly, the status conference is CONTINUED until July 31, 2013, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE