UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |

ORDER

Pending before the Court is the Government's Motion To Excuse Counsel (Docket No. 1390). Through the Motion, AUSA Braden Boucek requests that he be excused from the status conference set for July 31, 2013, and indicates that AUSA Brent Hannafan will represent the Government at the hearing. The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE