UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |

## ORDER

Pending before the Court are numerous under-seal filings by the Defendant (Docket Nos. 1398-1403) requesting authority to subpoena certain witnesses for the trial in this case, set for August 27, 2013. The Court has granted some of the requested subpoenas. To the extent any subpoenaed witness objects to testifying at trial, the witness shall file a motion to quash the subpoena. Any motions to quash shall be heard on August 15, 2013 at 9:00 a.m.

The Court notes that the Government and Defendant Rivers may seek to call some of the same witnesses at trial. The Government shall be prepared to address this issue.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE