UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |

ORDER

The Court held a status conference in this case on July 31, 2013. At the status conference, the parties agreed that the Defendant's Petition Requesting Leave to File Pleading Requesting Discovery (Docket No. 1389) is MOOT.

The Government indicated that the Marshal Service has expressed concern about their ability to transport John Edwards, who is incarcerated in Texas, to this district for the hearing on August 15, 2013, and suggested continuing the hearing until August 22, 2013. The Defendant had no objection. Accordingly, the hearing set for August 15, 2013 to resolve the pending motions regarding Mr. Edwards' potential trial testimony is CONTINUED until August 22, 2013, at 9:00 a.m. The Marshal Service is ordered to transport Mr. Edwards to this Court for the August 22, 2013 hearing.

The hearing to consider motions to quash from all other potential witnesses remains scheduled for August 15, 2013, at 9:00 a.m.

The Court orders the Federal Public Defender's Office to designate a member of the Federal Defender's Panel to serve as counsel for Mr. Edwards in connection with this case. 18 U.S.C. § 3006A.

AUSA Brent Hannafan is excused from attendance at the August 15, 2013 and August 22, 2013 hearings. AUSA Braden Boucek will represent the Government at those hearings.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE